AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

xxxx xx<sup>th</sup> Street, SE
Apartment xxxx
Washington, DC

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I     Robert Hunter Hutchens                         being duly sworn depose and say:

I am a(n)   Special Agent with the United States Postal Inspection Services    and have reason to believe
               (Official Title)
that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location)

xxxx  xx<sup>th</sup> Street, SE, Apartment xxxx, Washington, DC. Is a two story apartment building, of dark red brick with white trim, black shutters, and a white main door containing nine glass panels. The number "xxxx" is posted in black numerals on a white placard mounted to the exterior wall to the left of the main door. Apartment xxxx is on the first floor of xxxx xx4th street. The door is green and marked with brass Arabic numerals "xxxx" with a peephole in the door.

concerning a violation of Title   18   United States Code, Section(s)  § 371.  The facts to support a finding of Probable Cause are as follows:

**SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN**

Continued on the attached sheet and made a part hereof.        ☒   YES     ☐   NO

Anthony Alexis
Federal Major Crimes Section          Signature of Affiant
(202) 514-9416                         Robert Hunter Hutchens, Special Agent
                                       United States Postal Inspection Service

Sworn to before me, and subscribed in my presence

_____         at Washington, D.C.
Date

_____         _____
Name and Title of Judicial Officer     Signature of Judicial Officer

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN THE MATTER OF THE SEARCH      :      Case Number:
OF xxxx xx<sup>TH</sup> STREET, S.E.             :
APARTMENT xxxx                              :
WASHINGTON, DC                             :
                                                              :
                                                              :

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

Robert Hunter Hutchens, being duly sworn, deposes and states as follows:

### INTRODUCTION

1. I am a United States Postal Inspector and have been employed with the United States Postal Inspection Service ("USPIS") since August of 2004. I am currently assigned to the Northern Virginia Mail Theft Team of the Washington Division. My responsibilities include the investigation of crimes against the U.S. Postal Service and crimes furthered through the use of the U.S. Mail. I have received extensive training in criminal investigative procedures, and have conducted criminal investigations involving mail theft and mail fraud.

2. The facts set forth in this affidavit are based on my personal knowledge and review of records, documents, and other physical evidence obtained during this investigation, as well as information conveyed to me by other law enforcement officials. It does not include each and every fact known by the Government, but only those necessary to support a finding of probable cause for the search of the address identified in Attachment A.

3. This affidavit contains information necessary to support an application for a search warrant to search all premises including the apartment, curtilage, and any storage areas

corresponding to xxxx xx<sup>th</sup> Street SE, Apartment xxxx, Washington DC (as more fully described in Attachment A.).

4.  As is described more fully in this affidavit, there is probable cause to believe that **LONNIE BROWN** and **DEENA FOWLER** conspired to commit offenses against the United States, specifically, aggravated identity theft (18 U.S.C. § 1028A), bank fraud (18 U.S.C. § 1344), and mail theft (18 U.S.C. §§ 1708 & 1709), and committed at least one overt act to effect the conspiracy, in violation of 18 U.S.C. § 371 and that there is probable cause to believe that evidence, contraband, fruits and instrumentalities of those crimes are presently located at xxxx xx<sup>th</sup> Street SE, Apartment xxxx, Washington DC (as more fully described in Attachment A.)

5.  On September 19, 2007 an individual bearing a strong resemblance to **BROWN** was observed exiting the building located at xxxx xx<sup>th</sup> Street SE, Washington DC, and entering a Mercedes Benz sedan driven by **FOWLER**.

6.  On November 1, 2007, **BROWN** was observed walking on xx<sup>th</sup> Street SE, approximately one-half block away from xxxx xx<sup>th</sup> Street.

7.  On November 14, 2007, **BROWN** was observed exiting the building located at 2338 24th Street SE, Washington DC. He then sat on the stoop and made a cellphone call.

8.  The property manager for xxxx xx<sup>th</sup> Street SE, Apartment xxxx verified the lessee is Kadijah Tribble and that the current resident is Joann Lyles. Tribble is the sister of **BROWN** and Lyles is his mother. The lessee of **BROWN**'s previous residence was Lyles, **BROWN**'s mother.

2

9.   On at least two bank accounts and one fraudulent identification document used by **FOWLER**, the address listed is xxxx xx<sup>th</sup> Street SE, Apartment xxxx.

### STATEMENT OF FACTS SUPPORTING PROBABLE CAUSE

10.   **DEENA ANN FOWLER** has been employed as a city letter carrier with the United States Postal Service since on or about March 22, 2003.   Since approximately mid-2004, **FOWLER** has been the regular letter carrier assigned to route 013 in Alexandria, Virginia 22306, which is located within the Eastern District of Virginia.

11.   Between December 2006, and September 2007, several individuals that reside within **FOWLER**'s route 013 service delivery area have been the victims of mail theft, specifically ATM cards and checks.  The stolen ATM cards and stolen checks were used to withdraw funds from the victims' bank accounts.  As stated more fully below, **BROWN** and **FOWLER** were captured on bank video surveillance conducting many of the transactions.  The investigation has also revealed a connection between bank accounts operated by **BROWN** and **FOWLER**.  **BROWN** used the identities of "Ellis Brownson," "Troy Smith," and "James Donnell Dickerson," which are real people.  **FOWLER** used the identities of "Darnice Maxine McCall" and "Shanell Hammond," which are also real people.  When fraudulently opening bank accounts using the identity of true people, **FOWLER** listed **BROWN**'s mother's address as her address.  Also, both **BROWN** and **FOWLER** provided the same fraudulent contact number on their bank account applications, which number is in fact the phone number for the Library of Congress.

3

## FOWLER Channels Funds to BROWN

12.     On or about September 7, 2007, an individual using the name and personal identifiers of Darniece Maxine McCall opened a checking account ("McCall account") at the Northwest Federal Credit Union ("NWFCU"). NWFCU investigators provided a photocopy of the District of Columbia identification card used to open the account. The application for the account listed the contact phone number as 202-521-0013. This is the phone number for the Library of Congress. The application also listed employment at Vienna Wolftrap Motel.

13.     I obtained a copy of the District of Columbia identification card issued in the name of Darniece Maxine McCall on or about September 7, 2007. This is the identification card that was used to open the McCall account. The identification card bears the date of birth and social security number assigned to McCall. The photograph on the identification card matches the photograph on **FOWLER's** true Maryland issued drivers license. The address on the identification card is a residence in the District of Columbia where **BROWN's** mother lives. I have reason to believe that **BROWN** is also currently residing at that address as well because he has been evicted from his previous residence and a person resembling **BROWN** has been observed at that address.

14.     On or about September 24, 2007, an individual using the name and personal identification of Ellis Brownson opened an account ("Brownson account") at the NWFCU branch located at xxx Maple Ave, Vienna, VA. NWFCU investigators provided a photocopy of the District of Columbia identification card used to open the account. I subsequently obtained a copy of the District of Columbia identification issued in the name of Ellis Brownson on or about

4

September 21, 2007. That identification card bears the date of birth and social security number assigned to Brownson. The photograph on the identification card is of **BROWN**.

15. Between September 25, 2007 and September 27, 2007, checks were deposited into this account totaling $19,152. Between September 25, 2007 and September 27, 2007, withdrawals were made from this account totaling $25,350. Twenty-one of the checks deposited to this account were drawn on the NWFCU account of McCall, which, as stated above, is an account linked to **FOWLER**. Two of the checks deposited to this account were drawn on the Allfirst Bank account of **FOWLER**. Video surveillance photographs show both **FOWLER** and **BROWN** conducting these transactions.

### Victims James Donnell Dickerson and Apple Federal Credit Union

16. On or about October 13, 2006, an individual using the name and identifiers of James Donnell Dickerson ("Dickerson") opened an account at the Apple Federal Credit Union ("Dickerson Apple account"). District of Columbia identification card number xxxxxxxx was used as verification at the Dickerson Apple account opening. The account application listed employment at Door & Hardware.

17. I obtained a copy of District of Columbia identification card number xxxxxxxx. The card was issued on or about October 11, 2006 in the name of James Donnell Dickerson. The identification card bears the address, date of birth, and social security number assigned to Dickerson, as well as a photograph. The photograph on the identification has been positively identified as being that of **BROWN**.

5

18.     On October 20, 2006, a check in the amount of $1900.00 payable to Dickerson was deposited into the Dickerson Apple account. Subsequent usage of the ATM card issued on this account in Northern Virginia and Maryland resulted in a loss to Apple Federal Credit Union of $521.

<u>Victims Sandy Camilo, Kelvin D. Castro, Chevy Chase Bank,</u>

<u>SunTrust Bank, and Shanitra Wilkins</u>

19.     On or about December 8, 2006, Sandy Camilo of Fairfax County, Virginia reported the theft of a Bank of America ATM card and PIN number mailing. A subsequent telephone interview revealed that Camilo opened one checking account and one savings account via the internet and never received the associated ATM card from Bank of America. Sandy Camilo resides within **FOWLER**'s route 013 service delivery area. Subsequent withdrawals and purchases were made with the Camilo ATM card in Arlington, Virginia, among other places, resulting in a loss to Camilo of $1,732.99.

20.     On or about December 13, 2006, two checks had been deposited via ATM into Camilo's checking and savings accounts. Together, these checks were for $1703.00 and were drawn on a M&T Bank account belonging to Kelvin D. Castro ("Castro account").

21.     The above referenced checks drawn on the Castro account were part of a check order reported stolen by Castro on or about May 10, 2006. The Castro account was closed in October of 2006. Nineteen checks were drawn on that account and negotiated between May 7, 2006 and December 13, 2006. Nine of those checks were payable to Dickerson.

6

22.     On or about October 24, 2006, an individual using the name and personal identifiers of Dickerson opened an account with Chevy Chase Bank via a telephone contact center ("Dickerson Chevy Chase account").

23.     On November 13 and 14, 2006, checks drawn on the Castro account in the aggregate amount of $2,200.00 and made payable to Dickerson were deposited into the Dickerson Chevy Chase account.

24.     From November 14, 2006 to November 16, 2006, funds were withdrawn from the Dickerson Chevy Chase account at branches located in Fairfax County, Virginia. The bank surveillance photos show an individual who appears to be **BROWN** conducting the withdrawals. ATM card withdrawals from the Dickerson Chevy Chase account resulted in a loss to Chevy Chase Bank of $1,485.

25.     An individual using the name and identifiers of Dickerson opened SunTrust bank accounts at branch locations in Reston, Virginia and Oxon Hill, Maryland on or about November 1 and 13, 2006, respectively ("Dickerson SunTrust accounts"). Bank surveillance photos from both locations show an individual who appears to be **BROWN** conducting these transactions. As with the McCall account, which is linked to **FOWLER**, the application for the Dickerson SunTrust accounts listed the contact phone number as 202-521-0013. This is the phone number for the Library of Congress.

26.     On or about November 13 and 28, 2006, checks drawn on the Castro account in the total amount of $2,260 and made payable to Dickerson were deposited into the Dickerson SunTrust accounts. Subsequent withdrawals via ATM card resulted in a loss to SunTrust of $609.04.

7

Victims Shannell V. Hammond and Rio Thompson

27.     On or about August 22, 2007, an individual using the name and personal identifiers of Shanell V. Hammond opened a checking account ("Hammond account") at the NWFCU. NWFCU investigators provided a photocopy of the Maryland driver's license used to open the account. As with the McCall account, the application listed employment at Vienna Wolftrap Motel

28.     Between August 22, 2007 and August 24, 2007, checks were deposited into the Hammond account totaling $19,895. Between August 22, 2007 and August 27, 2007, withdrawals were made from this account totaling $11,971. Video surveillance photographs show both **FOWLER** and **BROWN** conducting transactions on this account

29.     Twenty checks deposited to the Hammond account were drawn on the Bank of America account of Rio Thompson. Thompson resides within **FOWLER's** route 013 service delivery area. On or about September 7, 2007, an individual attempted to deposit two checks drawn on **FOWLER's** Allfirst Bank account to the Hammond account. This transaction was conducted in a drive-through teller lane of Fairfax Federal Credit Union ("FFCU"). The individual attempting this transaction was driving a black Mercedes Benz sedan bearing Maryland license xxx-xxx.

30.     A search of Maryland Motor Vehicle Administration records indicated that license xxx-xxx is issued to a 2002 Mercedes Benz four door sedan registered to **FOWLER**.

31.     In the course of surveillance conducted on September 19, 2007, **FOWLER** was observed driving the above referenced Mercedes Benz to **BROWN's** residence. An individual resembling **BROWN** was observed exiting the apartment and entered the vehicle.

<u>Victim Shanitra M. Wilkins</u>

32.     On or about September 17, 2007, an individual using the identification of Darniece McCall opened an account at Chevy Chase Bank ("McCall Chevy Chase account"). On September 21, 2007, an individual deposited a check payable to Shanitra M. Wilkins in the amount of $2,002 to that account. The check is endorsed in Wilkins' name with the notation "pay to the order of Darniece M. McCall." Wilkins' address is within the same apartment building in which, for the reasons given above in Paragraph 9, I have reason to believe **BROWN** currently resides. Video surveillance shows an individual who appears to be **FOWLER** conducting these transactions.

33.     Based upon your Affiant's training, experience and participation in numerous mail theft and financial crimes investigations involving fraudulent activities, your Affiant has learned and knows:

a. That individuals involved in fraudulent activities often divert mail connected to their fraudulent schemes to other addresses and seeking to advance these fraudulent schemes involving identity theft, access device fraud, credit card and check fraud, often use stolen U.S. Mail to obtain other persons' personal identifiers, account numbers, access devices, and to mail or receive papers and documents related to this type of criminal activity.

b. Those involved in fraud schemes very often place assets in names other than their own to avoid detection of these assets by government agencies; that they often place these assets in corporate entities in order to avoid detection of these assets by government agencies; that

even though these assets are in other persons' or companies names, they actually own and continue to use these assets and exercise dominion and control over them;

c. That those involved in the aforementioned criminal activity often maintain records, receipts, notes, ledgers, credit card receipts, airline tickets, money orders, and other papers relating to financial institution fraud. That the aforementioned records, receipts, note ledgers, etc., are maintained where they have ready accessible. In addition, that some of the information related to fraud is often stored in computer equipment and electronic storage media.

d. That it is common for persons involved in fraudulent activities to secrete the proceeds of bank transactions and records of fraudulent transactions in secure locations within their residences, automobiles, and business and storage facilities for their ready access and to conceal them from law enforcement.

e. That persons involved financial fraud and identity theft conceal in their residences, automobiles, businesses and storage facilities, large amounts of currency, financial instruments, precious metals, jewelry, and other items of value and/or proceeds of fraudulent activities and evidence of financial transactions relating to obtaining, transferring, secreting, or the spending of large sums of money made from engaging fraudulent activities.

f. That those involved in fraudulent activities commonly maintain

addresses or telephone numbers in books, on papers and computers/ electronic media which reflect names, addresses and/or telephone numbers of their associates in the organizations.

### CONCLUSION

Based on the investigation conducted by your affiant, I respectfully submit that the facts stated in this affidavit establish that there is probable cause to issue a search warrant authorizing the search of the premises known as xxxxx xx$^{th}$ Street SE, Apartment xxxx, Washington, DC which is further described in Attachment A of this affidavit, and to seize evidence, contraband, fruits and instrumentalities of the aforementioned violations, specifically the items listed in Attachment B of this affidavit.

                                                     Robert Hunter Hutchens
                                                     Postal Inspector
                                                     United States Postal Inspection Service

Subscribed and sworn to before me this ___ day of November, 2007.

_____
The Honorable
United States Magistrate Judge
District of Columbia

**ATTACHMENT A**

*Premises to be Searched*

2338 24th Street SE,  Apartment 1605, Washington DC

2338 24th Street SE, Apartment 1605, Washington DC is a two story apartment building, of dark red brick with white trim, black shutters and a white main door containing nine glass panels. The number "2338" is posted in black numerals on a white placard mounted to the exterior wall to the left of the main door.  Apartment 1605 is on the first floor of 2338 24th Street.  The door is green and marked with brass Arabic numerals "1605" with a peephole in the door.

**ATTACHMENT B**

*Items to be Seized*

1.	All documents constituting or relating to identification documents, including driver's licenses, social security cards, visas, passports, permits, alien registration cards, membership cards, photo identification cards, and photographs capable of being used in any identification document;

2.	Any cellular telephone, and all documents relating thereto, including billing statements, subscriber information, and call detail records;

3.	All credit cards, debit cards, gift cards, or ATM cards, and all documents relating thereto, including credit card statements, applications, receipts, and any correspondence to or from any bank or credit card issuer.

4.	All documents relating to any bank account, including bank statements, deposit slips, registers, check books, checks, check stubs, canceled checks, money orders, and wire transfer notices;

5.	All documents reflecting or relating to any financial transaction, including earnings or revenues, allocations of funds, division of proceeds, general journals and ledgers;

6.	All documents containing names, addresses, personal identification information, credit card account numbers, credit card balances, credit card limits, bank account numbers, and bank account balance statements;

      7.      All cash or currency of any kind;

      8.      All documents referring or relating to the location of any cash or funds, including any safe deposit box or keys.

      9.      Any items of U.S. Mail addressed to individuals other than the verifiable occupants of the residence to be searched.