AO93(Rev 5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

2338 24th Street, SE
Apartment 1605
Washington, DC

## SEARCH WARRANT

CASE NUMBER: 07-579-M-01

TO:     Robert Hunter Hutchens     and any Authorized Officer of the United States

Affidavit(s) having been made before me by   Special Agent Robert Hutchens  who has reason to believe that ☐ on the person or ☒ on the premises known as  (name, description and or location)

2338 24th Street, SE, Apartment 1605, Washington, DC  Is a two story apartment building, of dark red brick with white trim, black shutters, and a white main door containing nine glass panels  The number "2338" is posted in black numerals on a white placard mounted to the exterior wall to the left of the main door    Apartment 1605 is on the first floor of 2338 24th street The door is green and marked with brass Arabic numerals "1605" with a peephole in the door

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)


I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant

**YOU ARE HEREBY COMMANDED** to search on or before    **NOV 26 2007**
                                                                                         (Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6 00 A.M to 10.00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U S. Judge/U S. Magistrate Judge, as required by law

NOV 19 2007
Date and Time Issued

ALAN KAY
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

at Washington, D C

[signature]
Signature of Judicial Officer
ALAN KAY
U.S. MAGISTRATE JUDGE

AO 109 (2/90) Seizure Warrant

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED 11/19/07 14:00 | DATE AND TIME WARRANT EXECUTED 11/20/07 0600 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH Joan Lyles |
| INVENTORY MADE IN THE PRESENCE OF Joan Lyles |||
| INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT |||

See attached inventory list:

FILED

FEB / 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_  2-21-08
U.S Judge or U.S. Magistrate Judge    Date

# Inventory Listing of All Items Seized at Search Warrant Site

**Site Name:**
2338 24TH ST SE
APT 1605
WASHINGTON DC 20020
RED BRICK APT BLDG W/ WHITE FRONT DOOR

**Investigation Number:**
813-83751

**Starting Date and Time:**
11/20/2007 06:21 AM

**Ending Date and Time:**
11/20/2007 07:26 AM

**Report Date:**
Tuesday, November 20, 2007

| | | |
|---|---|---|
| **Control #:** | 1 | **Evidence Box:** |
| **Location:** | LIVING ROOM | **Locator Code:** |
| **Found:** | 2338 24th ST SE APT 1605DXDE | |
| **Description:** | Seized Per Warrant | STATE ID'S (MULTIPLE NAMES), CREDIT CARDS, BANK STATEMENTS, BIRTH CERT., FOUND IN JEANS/BOOTS OF SUSPECT BEHIND CHAIR IN ROOM A; BANK STATEMENTS FOUND IN BOOK CASE |

| | | |
|---|---|---|
| **Control #:** | 2 | **Evidence Box:** |
| **Location:** | LIVING ROOM | **Locator Code:** |
| **Found:** | 2338 24th ST SE APT 1605DXDE | |
| **Description:** | Seized Per Warrant | $310.00 US CURRENCY FOUND IN JEANS OF SUSPECT ALONG W/ FAKE AND GENUINE (APPARENT) ID |

| | | |
|---|---|---|
| **Control #:** | 3 | **Evidence Box:** |
| **Location:** | KITCHEN | **Locator Code:** |
| **Found:** | 2338 24th ST SE APT 1605DXDE | |
| **Description:** | Seized Per Warrant | EIGHT (8) DVDR DISCS INITIALED "11-20-07 RMD"; LAFAYETTE FEDERAL CUPIN # ADDRESSED TO DARNIECE NCCALL INITIALED "RMD 11-20-07"; ONE (1) CHASE BANK LETTER/ BILL ADDRESSED TO MURRAY SMITH INITIALED "RMD 11-20-07" RECOVERED FROM KITCHEN TABLE |

| | | |
|---|---|---|
| **Control #:** | 4 | **Evidence Box:** |
| **Location:** | CLOSET 1 | **Locator Code:** |
| **Found:** | 2338 24th ST SE APT 1605DXDE | |
| **Description:** | Seized Per Warrant | CHEVY CHASE CHECK CARD STATEMENT FOR DARNIECE MCCALL # 4294046084156892; YELLOW SHEET OF PAPER WITH MISC NAMES AND SSN'S |